# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2591 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 127 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 93165 |
| | : | |
| SCOTT LAWRENCE KRAMER, | : | (Delaware County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of July, 2019, Respondent's Praecipe to Withdraw Application and Request for Oral Argument is granted. Upon consideration of the Report and Recommendations of the Disciplinary Board, Scott Lawrence Kramer is disbarred from the Bar of this Commonwealth, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

.